**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

LILLIAN MIDDLETON,               :
                                           :
                 **Plaintiff,**     :
                                           :      **21-CV-3439 (ALC)(JLC)**
       **-against-**                    :
                                           :      <u>**ORDER**</u>
**NATIONAL RAILROAD PASSENGER**     :
**CORPORATION D/B/A AMTRAK,**        :
                                           :
                 **Defendant.**      :
                                           :

-------------------------------------------------------------------- :
                                           :
                                           x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the parties' notice of settlement. ECF No. 35. It is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and

without prejudice to restoring the action to this Court's calendar if the application to restore the

action is made within 120 days.


**SO ORDERED.**


**Dated:**      **New York, New York**
              **November  17, 2022**

                                        _____
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**